## 61037. WESTMORELAND v. THE STATE.

SMITH, Judge.
The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

ARGUED NOVEMBER 4, 1980 — DECIDED NOVEMBER 18, 1980.

*Michael E. Hancock,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Benjamin H. Oehlert, III, Scott Childress, Assistant District Attorneys,* for appellee.